No. 05-418

IN THE SUPREME COURT OF THE STATE OF MONTANA

2006 MT 52N

_____

CALVIN Z. GRIFFIN,

        Petitioner and Appellant,

    v.

STATE OF MONTANA,

        Respondent and Respondent.

_____

APPEAL FROM:    District Court of the Fourth Judicial District,
In and for the County of Missoula, Cause No. DC 99-13802
The Honorable Ed McLean, Judge presiding.

COUNSEL OF RECORD:

        For Appellant:

            Calvin Z. Griffin (pro se), Deer Lodge, Montana

        For Respondent:

            Hon. Mike McGrath, Attorney General; Jennifer Anders, Assistant
Attorney General, Helena, Montana

            Fred Van Valkenburg, County Attorney; Kristen Lacroix, Deputy County
Attorney, Missoula, Montana

_____

Submitted on Briefs:  February 23, 2006

Decided:  March 14, 2006

Filed:

_____
Clerk

Justice Brian Morris delivered the Opinion of the Court.

¶1      Pursuant to Section I, Paragraph 3(d)(v), Montana Supreme Court 1996 Internal Operating Rules, as amended in 2003, the following memorandum decision shall not be cited as precedent.  It shall be filed as a public document with the Clerk of the Supreme Court and its case title, Supreme Court cause number and disposition shall be included in this Court's quarterly list of noncitable cases published in the Pacific Reporter and Montana Reports.

¶2      Calvin Z. Griffin (Griffin) appeals from the order issued by the Fourth Judicial District Court, Missoula County, denying his Petition for Postconviction Relief.  Griffin had filed a Motion to Waive Fines, Fees and Costs and Motion for Nunc Pro Tunc.  We affirm.

¶3      The State charged Griffin with one hundred seventy-four counts of sexual abuse of children on July 21, 1999.  Griffin entered into a plea agreement with the State pursuant to which the District Court sentenced him to forty years at Montana State Prison with thirty years suspended.  The Sentence Review Division affirmed Griffin's sentence and he did not appeal.

¶4      Griffin filed numerous pro se motions in the District Court over the next four years, including a petition for postconviction relief, attempting to have his sentence amended.  The District Court denied all of Griffin's motions.  We affirmed the District Court's order denying Griffin's postconviction relief petition in *Griffin v. State*, 2003 MT 267, 317 Mont. 457, 77 P.3d 545.  Griffin filed his most recent motion to waive the fines and costs associated with his sentence in March 2005, based upon this Court's decision in *State v. Fisher*, 2003 MT 33, 314 Mont. 222, 65 P.3d 223.  The District Court denied

2

Griffin's motion on the grounds that he previously had filed a petition for postconviction relief that the District Court had denied and this Court had affirmed. The District Court further noted that not only had the time for bringing such post-judgment remedies expired long ago, but Griffin "has repeatedly bombarded this Court and the Montana Supreme Court in the ensuing years with a multitude of petitions which are, like this one, time barred."

¶5     We have determined to decide this case pursuant to Section 1, Paragraph 3(d) of our 1996 Internal Operating Rules, as amended in 2003, that provides for memorandum opinions. It is manifest on the face of the briefs and the record before us that Griffin's appeal lacks merit. The District Court correctly applied settled Montana law to the legal issues raised by Griffin.

¶6     The postconviction statutes require that a petitioner raise all grounds for relief in the original or amended original petition. Section 46-21-105(1)(a), MCA. The District Court must dismiss a second or subsequent petition unless it raises grounds for relief that could not reasonably have been raised in the original or amended original petition. Section 46-21-105(1)(b), MCA. Griffin cannot avoid this procedural bar simply by renaming his petition a "Motion to Waive Fines and Costs" or a "Motion for Nunc Pro Tunc." We affirm the District Court.

/S/ BRIAN MORRIS

We Concur:

/S/ KARLA M. GRAY
/S/ PATRICIA COTTER
/S/ W. WILLIAM LEAPHART
/S/ JIM RICE